OCEANIC STEAM NAVIGATION COMPANY, LTD., Appellant, *v.* RINELLI & GUARDINO, INC., Respondent.

(Argued May 8, 1930; decided June 3, 1930.)

*Ray Rood Allen* and *Morton L. Fearey* for appellant.
*Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.